**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF PUERTO RICO**

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Juan**<br>First Name<br><br>_____<br>Middle Name<br><br>**Ruiz Valentín**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 9 8 9<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9xx – xx – ____ ____ ____ ____ |

Debtor 1 **Juan Ruiz Valentín**     Case number (if known) _____

**About Debtor 1:**     **About Debtor 2 (Spouse Only in a Joint Case):**

4. **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

   Include trade names and doing business as names

   ☑ I have not used any business names or EINs.     ☐ I have not used any business names or EINs.

   _____ Business name     _____ Business name

   _____ Business name     _____ Business name

   _____ Business name     _____ Business name

   __ __ – __ __ __ __ __ __ __ EIN     __ __ – __ __ __ __ __ __ __ EIN

   __ __ – __ __ __ __ __ __ __ EIN     __ __ – __ __ __ __ __ __ __ EIN

5. **Where you live**     **If Debtor 2 lives at a different address:**

   **Condominio Puesta Del Sol**
   Number   Street

   **Apt. -1**

   _____

   **Rincón**    **PR**    **00677**
   City   State   ZIP Code

   _____ County

   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

   **PO Box 367**
   Number   Street

   _____ P.O. Box

   **Rincón**    **PR**    **00677**
   City   State   ZIP Code

   _____ Number   Street

   _____ City   State   ZIP Code

   _____ County

   **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

   _____ Number   Street

   _____ P.O. Box

   _____ City   State   ZIP Code

6. **Why you are choosing this district to file for bankruptcy**

   *Check one:*

   ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

   *Check one:*

   ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2: Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   *Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

   ☐ Chapter 7

   ☑ Chapter 11

   ☐ Chapter 12

   ☐ Chapter 13

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 2

Debtor 1   **Juan Ruiz Valentín**                                             Case number (if known) _____

8. **How you will pay the fee**

   ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

   ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   ☐ No
   ☑ Yes.

   District **San Juan, PR**     When **05/28/2014**     Case number **14-04242**
                                       MM / DD / YYYY
   District **San Juan, PR**     When **08/04/2016**     Case number **16-06206**
                                       MM / DD / YYYY
   District _____        When _____     Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ☑ No
    ☐ Yes.

    Debtor _____                                Relationship to you _____
    District _____   When _____   Case number, _____
                                       MM / DD / YYYY   if known

    Debtor _____                                Relationship to you _____
    District _____   When _____   Case number, _____
                                       MM / DD / YYYY   if known

11. **Do you rent your residence?**

    ☑ No. Go to line 12.
    ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

       ☐ No. Go to line 12.
       ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 3

Debtor 1     **Juan Ruiz Valentín**                                                    Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** Are you a sole proprietor of any full- or part-time business?

☒ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____  _____  _____
City                              State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?*

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☐ No.  I am not filing under Chapter 11.

☒ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?

☒ No
☐ Yes. What is the hazard?

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                       Number     Street

_____

_____  _____  _____
City                              State     ZIP Code

Official Form 101                 **Voluntary Petition for Individuals Filing for Bankruptcy**                 page 4

Debtor 1    **Juan Ruiz Valentín**    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    __Juan Ruiz Valentín_____      Case number (if known)_____

## Part 6: Answer These Questions for Reporting Purposes

**16.** **What kind of debts do you have?**

     **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

         ☒ No. Go to line 16b.
         ☐ Yes. Go to line 17.

     **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

         ☐ No. Go to line 16c.
         ☒ Yes. Go to line 17.

     **16c.** State the type of debts you owe that are not consumer or business debts.
     _____

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

     ☒ No. I am not filing under Chapter 7. Go to line 18.
     ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

         ☐ No
         ☐ Yes

**18.** **How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor 1   **Juan Ruiz Valentín**                                   Case number (if known) _____

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**  /s/ Juan Ruiz Valentín                             **X** _____
Juan Ruiz Valentín, Debtor 1                                Signature of Debtor 2

Executed on **08/01/2017**                                Executed on _____
          MM / DD / YYYY                                              MM / DD / YYYY

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

| Debtor 1 | **Juan Ruiz Valentín** | Case number (if known) |
|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Luis E. Correa Gutierrez**
Signature of Attorney for Debtor

Date **08/01/2017**
MM / DD / YYYY

**Luis E. Correa Gutierrez**
Printed name

**Correa Business Consulting Group, LLC**
Firm Name

**Edif. Centro de Seguros, Suite 413**
Number        Street

**701 Ave. Ponce de León**

**San Juan**                                 **PR**           **00907**
City                                         State          ZIP Code

Contact phone **(787) 373-1185**       Email address **lcorrea@correalawoffice.com**

**221603**                                   **PR**
Bar number                                   State

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 8

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**SAN JUAN DIVISION**

In re **Juan Ruiz Valentín**　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept.................................................... | **$4,000.00** |
| Prior to the filing of this statement I have received........................................ | **$4,000.00** |
| Balance Due....................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
　　☑ Debtor　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
　　☑ Debtor　　　　☐ Other (specify)　Agreed upon fees of $175.00 p/h

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

　　b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/01/2017** | **/s/ Luis E. Correa Gutierrez** |
| Date | *Luis E. Correa Gutierrez*    Bar No. 221603 |
| | Correa Business Consulting Group, LLC |
| | Edif. Centro de Seguros, Suite 413 |
| | 701 Ave. Ponce de León |
| | San Juan, PR 00907 |
| | Phone: (787) 373-1185 / Fax: (787) 724-0353 |

---

**/s/ Juan Ruiz Valentín**
*Juan Ruiz Valentín*

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Juan** | **Ruiz Valentín** |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**  **Oriental Bank**
Creditor's name
**PO Box 195115**
Number   Street

**San Juan**   **PR**   **00919-5115**
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?  **Commercial Loan Guarante**  $4,250,000.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☐ No
☒ Yes.  Total claim (secured and unsecured):   $4,500,000.00
        Value of security   − $250,000.00
        Unsecured claim:   $4,250,000.00

**2**  **Puerto Rico Asset Portfolio 2012-1**
Creditor's name
**270 Ave. Muñoz Rivera Ste 201**
Number   Street
**International (PRAPI)**

**San Juan**   **PR**   **00918-1009**
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?  **Commercial Loan Guarante**  $2,075,000.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☐ No
☒ Yes.  Total claim (secured and unsecured):   $2,200,000.00
        Value of security   − $125,000.00
        Unsecured claim:   $2,075,000.00

Debtor 1   **Juan Ruiz Valentín**                    Case number (if known) _____

| | | | | Unsecured claim |
|---|---|---|---|---|

**3** **Puerto Rico Asset Portfolio 2012-1**
Creditor's name
**270 Ave. Muñoz Rivera Ste 201**
Number     Street
**International (PRAPI)**

**San Juan**       **PR**     **00918-1009**
City              State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Commercial Loan Guarante**   **$725,000.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes.   Total claim (secured and unsecured):   **$800,000.00**
              Value of security                 −  **$75,000.00**
              Unsecured claim:                     **$725,000.00**

---

**4** **Carlos Rodriguez Camacho**
Creditor's name
**Amarilys Acevedo Moreno**
Number     Street
**PO Box 13230**

**San Juan**       **PR**     **00908**
City              State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Breach of Contract**   **$692,000.00**

As of the date you file, the claim is:   Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes.   Total claim (secured and unsecured):   _____
              Value of security                 −  _____
              Unsecured claim:                     _____

---

**5** **CRIM**
Creditor's name
**Servicios Operacionales, Cobros**
Number     Street
**P.O. Box 195387**

**San Juan**       **PR**     **00919-5387**
City              State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Taxes**   **$561,623.70**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes.   Total claim (secured and unsecured):   **$624,123.70**
              Value of security                 −  **$62,500.00**
              Unsecured claim:                     **$561,623.70**

---

**6** **Departamento de Hacienda**
Creditor's name
**Bankruptcy Section**
Number     Street
**PO Box 9024140**

**San Juan**       **PR**     **00902**
City              State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Taxes**   **$540,500.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes.   Total claim (secured and unsecured):   **$603,000.00**
              Value of security                 −  **$62,500.00**
              Unsecured claim:                     **$540,500.00**

---

Debtor 1    **Juan Ruiz Valentín**                                    Case number (if known) _____

|   | | | Unsecured claim |
|---|---|---|---|
| **7** | **Puerto Rico Farm Credit ACA**<br>Creditor's name<br>**PO Box 363649**<br>Number    Street<br><br>**San Juan**    **PR**    **00936-3649**<br>City          State     ZIP Code<br><br>_____<br>Contact<br>_____<br>Contact phone | What is the nature of the claim?    **Commercial Loan**<br>As of the date you file, the claim is:    Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes.   Total claim (secured and unsecured): _____<br>               Value of security                    – _____<br>               Unsecured claim:                        _____ | **$500,000.00** |
| **8** | **Banco Santander**<br>Creditor's name<br>**Division de Tarjetas de Credito**<br>Number    Street<br>**PO Box 362589**<br><br>**San Juan**    **PR**    **00936-2589**<br>City          State     ZIP Code<br><br>_____<br>Contact<br>_____<br>Contact phone | What is the nature of the claim?    **Commercial Loan**<br>As of the date you file, the claim is:    Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes.   Total claim (secured and unsecured): _____<br>               Value of security                    – _____<br>               Unsecured claim:                        _____ | **$415,624.13** |
| **9** | **CRIM**<br>Creditor's name<br>**Servicios Operacionales, Cobros**<br>Number    Street<br>**P.O. Box 195387**<br><br>**San Juan**    **PR**    **00919-5387**<br>City          State     ZIP Code<br><br>_____<br>Contact<br>_____<br>Contact phone | What is the nature of the claim?    **Taxes**<br>As of the date you file, the claim is:    Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes.   Total claim (secured and unsecured): _____<br>               Value of security                    – _____<br>               Unsecured claim:                        _____ | **$65,571.67** |
| **10** | **Banco Santander**<br>Creditor's name<br>**Division de Tarjetas de Credito**<br>Number    Street<br>**PO Box 362589**<br><br>**San Juan**    **PR**    **00936-2589**<br>City          State     ZIP Code<br><br>_____<br>Contact<br>_____<br>Contact phone | What is the nature of the claim?    **Credit Card**<br>As of the date you file, the claim is:    Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes.   Total claim (secured and unsecured): _____<br>               Value of security                    – _____<br>               Unsecured claim:                        _____ | **$29,181.83** |

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor 1   **Juan Ruiz Valentín**   Case number (if known) _____

| | | | Unsecured claim |
|---|---|---|---|

**11** **Internal Revenue Service**
Creditor's name
**Centralized Insolvency Operation**
Number      Street
**Post Office Box 7317**

**Philadelphia**   **PA**   **19101-7317**
City         State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **1040 Taxes**          $23,500.00

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
                Value of security              − _____
                Unsecured claim:                 _____

---

**12** **Banco Popular de Puerto Rico**
Creditor's name
**TeleBanco Popular (772)**
Number      Street
**PO Box 362708**

**San Juan**   **PR**   **00936-2708**
City         State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Credit Card**          $23,000.00

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
                Value of security              − _____
                Unsecured claim:                 _____

---

**13** **Manuel De Jesus Ramos Ramos**
Creditor's name
**PO Box 942**
Number      Street

**Aguada**   **PR**   **00602**
City         State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Professional Services**   $19,500.00

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
                Value of security              − _____
                Unsecured claim:                 _____

---

**14** **Banco Popular de Puerto Rico**
Creditor's name
**TeleBanco Popular (772)**
Number      Street
**PO Box 362708**

**San Juan**   **PR**   **00936-2708**
City         State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Credit Line**          $16,911.47

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
                Value of security              − _____
                Unsecured claim:                 _____

---

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 4

Debtor 1    Juan Ruiz Valentín        Case number (if known) _____

Unsecured claim

**15**   **Borinken Digers & Tractor Parts**    What is the nature of the claim?    Purchase Money    **$16,340.67**
Creditor's name
**PO Box 983**
Number   Street

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Hormigueros**   **PR**   **00660**
City   State   ZIP Code

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
       Value of security − _____
       Unsecured claim: _____

Contact
Contact phone

**16**   **Corporación del Fondo Seguro del Est**    What is the nature of the claim?    Employee Accident Insuran    **$7,400.00**
Creditor's name
**PO Box 365028**
Number   Street
**San Juan, P.R. 00936-5028**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

City   State   ZIP Code

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
       Value of security − _____
       Unsecured claim: _____

Contact
Contact phone

**17**   **Autoridad de Acueductos y Alcantarill**    What is the nature of the claim?    Utilities    **$3,100.23**
Creditor's name
**PO Box 70101**
Number   Street

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**San Juan**   **PR**   **00936**
City   State   ZIP Code

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
       Value of security − _____
       Unsecured claim: _____

Contact
Contact phone

**18**   **Correa Business Consulting Group LL**    What is the nature of the claim?    Attorney Fees    **$0.00**
Creditor's name
**Edif. Centro de Seguros, Suite 413**
Number   Street
**701 Ave. Ponce de León**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**San Juan**   **PR**   **00907**
City   State   ZIP Code

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
       Value of security − _____
       Unsecured claim: _____

Contact
Contact phone

## Part 2:   Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Juan Ruiz Valentín**        X _____
Juan Ruiz Valentín, Debtor 1        Signature of Debtor 2

Date **08/01/2017**        Date _____
MM / DD / YYYY        MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5